# United States Court of Appeals
## For the First Circuit

Nos. 18-1885, 18-2027

JOHN LAVERY,

Plaintiff, Appellee,

v.

RESTORATION HARDWARE LONG TERM DISABILITY BENEFITS PLAN;
AETNA LIFE INSURANCE COMPANY,

Defendant, Appellant.

Before

Lynch, <u>Circuit Judge</u>,
Souter,[*] <u>Associate Justice</u>,
and Kayatta, <u>Circuit Judge</u>.

ERRATA SHEET

The opinion of this court issued on September 3, 2019 is amended as follows:

On page 22, line 16, replace "foregoing" with "forgoing"

On page 26, line 5, replace "their" with "its"

---

[*] Hon. David H. Souter, Associate Justice (Ret.) of the Supreme Court of the United States, sitting by designation.